| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
| | Amanda Seabock, Esq., SBN 289900 |
| 3 | Dennis Price, Esq., SBN 279082 |
| | 8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111 |
| | (858) 375-7385 |
| 5 | (888) 422-5191 fax |
| | amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff |

LAW OFFICES OF DAVID D. WON
David D. Won, Esq., SBN 177880
3660 Wilshire Blvd., Suite 826
Los Angeles, CA 90010
T: 213-738-7337
F: 213-738-7322
davidwon@wonlawgroup.com
wonlawgroup@gmail.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | Case: 2:20-cv-08418-PA-MRW |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| **Kayoung Two, LLC**, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

### **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties.

Dated: December 22, 2020        CENTER FOR DISABILITY ACCESS

                                                By: /s/Amanda Lockhart Seabock
                                                       Amanda Lockhart Seabock
                                                       Attorneys for Plaintiff

Dated: December 22, 2020        LAW OFFICES OF DAVID D. WON

                                                By: /s/David D. Won
                                                       David D. Won
                                                       Attorney for Defendants

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to David D. Won and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 22, 2020        CENTER FOR DISABILITY ACCESS

                                                By: /s/Amanda Lockhart Seabock
                                                       Amanda Lockhart Seabock
                                                       Attorneys for Plaintiff